UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KATLYN TAYLOR, Individually; and Administratrix
of the Estate of JERRY LEE TAYLOR II, Deceased;
and as Guardian of WESTON PIERCE TAYLOR and
JACKSON LEE TAYLOR, Minors                                                     PLAINTIFF

V.                                                          CIVIL NO. 1:15cv286HSO-JCG

OMEGA PROTEIN, INC.                                                             DEFENDANT

AND

AMFED NATIONAL INSURANCE COMPANY                          CARRIER /
                                                                                       INTERESTED PARTY

**FINAL JUDGMENT OF DISMISSAL**

The parties having announced to the Court a settlement of this case, and the Court having entered its Order [22] granting the parties' Joint Unopposed Motion [21] for Approval of Settlement Pursuant to Section 71-3-71 of the Mississippi Workers' Compensation Act [21], the Court desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is **DISMISSED WITH PREJUDICE** as to all parties, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 9th day of May, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE